**Opinion issued July 18, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-23-00348-CV

_____

**XIAOBEI HAN, Appellant**

**V.**

**MINGFA QU AND WENWEN WANG, Appellees**

---

**On Appeal from the 505th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 18-DCV-258149**

---

## MEMORANDUM OPINION

On June 20, 2023, appellant Xiaobei Han filed a motion to dismiss this appeal because he has decided not to pursue the appeal. Appellee has not filed a response opposing dismissal of the appeal. No opinion has issued.

We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.